Form 3

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| THYSSENKRUPP RASSELSTEIN GMBH,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>      Defendant. | Court No. 24-00067 |

**TO:**    The Attorney General, the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1. The plaintiff is thyssenkrupp Rasselstein GmbH.  Plaintiff is a German exporter of merchandise subject to the antidumping duty investigation at issue.  Plaintiff participated in the Department's investigation that resulted in the contested finding.  Plaintiff therefore is a party to the proceeding and is entitled to commence this civil action pursuant to 28 U.S.C. § 2631(c), 28 U.S.C. § 1581(c), and 19 U.S.C. § 1516a(a)(3).

2. Plaintiff contests the Final Determination of the Antidumping Duty Investigation of Tin Mill Products from Germany (case no. A-428-851) by the International Trade Administration, Department of Commerce.

3. The underlying administrative determination was made on January 4, 2024.

4. The Final Results were published in the Federal Register on January 10, 2024 (89 Fed. Reg. 1529).

/s/ David E. Bond
David E. Bond
Richard G. King
Luca Bertazzo
Cristina M. Cornejo
WHITE AND CASE LLP
701 Thirteenth Street, NW
Washington, DC  20005
(202) 626-3600

March 29, 2024

## SERVICE OF SUMMONS BY THE CLERK

### THYSSENKRUPP RASSELSTEIN GMBH v. UNITED STATES
### CIT Court No. 24-00067

Pursuant to CIT Rule 3(a)(2), this is an action described in 28 U.S.C. § 1581(c) to contest a determination listed in section 516A(a)(3) of the Tariff Act of 1930, for which the filing of a summons only is required for commencement of the action. In accordance with CIT Rule 4(a)(1) and (4), the Clerk of the Court is requested to serve the summons on each of the following named defendants:

**UPON THE UNITED STATES:**
Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice
Commercial Litigation Branch
National Courts Section
Room 346
26 Federal Plaza
New York, NY  10278

Jeanne Davidson
Director
Civil Division
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC  20530


**UPON THE DEPARTMENT OF COMMERCE:**
Leslie Kiernan
General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th and Constitution Avenue, NW
Washington, DC  20230

Robert Heilferty
Chief Counsel
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, DC  20230

<u>**NOTICE TO INTERESTED PARTIES**</u>

**THYSSENKRUPP RASSELSTEIN GMBH v. UNITED STATES
CIT Court No. 21-00067**

I, David E. Bond of the law firm White & Case LLP, hereby certify that on March 29, 2024, pursuant to CIT Rule 3(f), I notified all interested parties who were a party to the proceeding below, by mailing copies of the foregoing Summons, Form 5, Form 13, and Forms 17, by certified mail, return receipt requested:

**ON BEHALF OF UNITED STATES STEEL CORPORATION,**
Thomas M. Beline, Esq.
**Cassidy Levy Kent (USA) LLP**
900 19th Street, NW
Suite 400
Washington, DC  20006
Phone: 202-567-2316
Email: tbeline@cassidylevy.com

**ON BEHALF OF CLEVELAND-CLIFFS INC., UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION,**
Stephen P. Vaughn, Esq.
**King & Spalding LLP**
1700 Pennsylvania Avenue, NW
Washington, DC  20006
Phone: 202-737-0500
Email: svaughn@kslaw.com

**ON BEHALF OF THE DELEGATION OF THE EUROPEAN UNION TO THE UNITED STATES OF AMERICA,**
Caitlin Hickey
**Delegation of the European Union**
2175 K Street, NW
Washington, DC  20037
Phone: 202-862-9585
Email: caitlin.hickey@eeas.europa.eu

**ON BEHALF OF THE EMBASSY OF THE FEDERAL REPUBLIC OF GERMANY,**
Katrin van Dyken
4645 Reservoir Rd
Washington, DC  20007
Phone: 202-298-4000
Email: katrin.vandyken@privat.auswaertiges-amt.de

                                              /s/ David E. Bond
                                              David E. Bond

## CERTIFICATE OF SERVICE

      I, David E. Bond of the law firm White & Case LLP, hereby certify that on March 29, 2024, copies of the foregoing Summons, Form 5, Form 13, and Forms 17, were delivered to the following parties by certified mail, return receipt requested:

**UPON THE UNITED STATES:**
Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice
Commercial Litigation Branch
National Courts Section
Room 346
26 Federal Plaza
New York, NY  10278

Jeanne Davidson
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC  20530


**UPON THE DEPARTMENT OF COMMERCE:**
Leslie Kiernan
General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th and Constitution Avenue, NW
Washington DC  20230

Robert Heilferty
Chief Counsel
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, DC  20230


                                                                                            /s/ David E. Bond
                                                                                               David E. Bond