## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| THYSSENKRUPP RASSELSTEIN GMBH,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES,<br><br>        Defendant, | Court No. 24-00067 |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i) of the Rules of this Court, Plaintiff thyssenkrupp Rasselstein GmbH hereby dismisses this action without prejudice.

Dated:  April 26, 2024

                                        **On behalf of Plaintiff thyssenkrupp Rasselstein GmbH:**

                                        /s/ David E. Bond
                                        David E. Bond
                                        WHITE & CASE LLP
                                        701 Thirteenth Street, NW
                                        Washington, DC 20005
                                        Telephone: (202) 626-3600

AMERICAS 125336792

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| THYSSENKRUPP RASSELSTEIN GMBH,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES,<br><br>    Defendant, | Court No. 24-00067 |

### ORDER OF DISMISSAL

This action, having been voluntarily dismissed by Plaintiff thyssenkrupp Rasselstein GmbH, is dismissed, with each party to bear its own costs and fees.

Dated: _____

                                                                                  Clerk, U.S. Court of International Trade

                                                                                  By: _____
                                                                                          Clerk