UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| THYSSENKRUPP RASSELSTEIN GMBH,<br><br>    Plaintiff,<br><br> v.<br><br>UNITED STATES,<br><br>    Defendant, | Court No. 24-00067 |

### ORDER OF DISMISSAL

This action, having been voluntarily dismissed by Plaintiff thyssenkrupp Rasselstein GmbH, is dismissed, with each party to bear its own costs and fees.

Dated: April 29, 2024

                                Clerk, U.S. Court of International Trade

                              By:  /s/ Jason Chien
                                      Deputy Clerk

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| THYSSENKRUPP RASSELSTEIN GMBH,<br><br>    Plaintiff,<br><br> v.<br><br>UNITED STATES,<br><br>    Defendant, | Court No. 24-00067 |

**NOTICE OF DISMISSAL**

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i) of the Rules of this Court, Plaintiff thyssenkrupp Rasselstein GmbH hereby dismisses this action without prejudice.

Dated:  April 26, 2024

**On behalf of Plaintiff thyssenkrupp Rasselstein GmbH:**

/s/ David E. Bond
David E. Bond
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: (202) 626-3600

AMERICAS 125336792